*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 21-BG-2**

IN RE TIMOTHY GUY SMITH

**2020 DDN 238**

A Suspended Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 417768**

BEFORE: McLeese and Deahl, Associate Judges, and Steadman, Senior Judge.

**O R D E R**
(FILED—April 15, 2021)

On consideration of the certified order of the Court of Appeals of Maryland indefinitely suspending respondent by consent from the practice of law in that jurisdiction; this court's February 1, 2021, order suspending respondent pending resolution of this matter and directing him to show cause why equivalent reciprocal discipline in the form of an indefinite suspension with a fitness requirement and the right to seek reinstatement after five years or reinstatement by the state of Maryland, whichever occurs first, should not be imposed; and the statement of Disciplinary Counsel urging this court to impose reciprocal discipline and informing the court that it received respondent's D.C. Bar R. XI, §14(g) affidavit and does not oppose the suspension imposition nunc pro tunc to the date of his interim suspension was entered; and it appearing that respondent failed to file a response to this court's order or a copy of his D.C. Bar R. XI, §14(g) affidavit with this court, it is

ORDERED that Timothy Guy Smith, is hereby indefinitely suspended from the practice of law in the District of Columbia with reinstatement contingent upon a showing of fitness, nunc pro tunc to February 1, 2021. Respondent can seek reinstatement after five years or after being reinstated by the state of Maryland, whichever occurs first. *See, e.g. In re Jones*, 171 A.2d 575, 576 (D.C. 2017) (the reciprocal discipline of an indefinite suspension imposed by the state of Maryland is

**No. 21-BG-2**

an indefinite suspension with fitness and the right to seek reinstatement after five years or reinstatement by the state of Maryland, whichever occurs first); *In re Sibley*, 990 A.2d 483, 487 (D.C. 2010) (rebuttable presumption in favor of imposing identical discipline).

**PER CURIAM**